**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMBASSADOR ANIMAL HOSPITAL, LTD., individually and as the representative of a class of similarly situated persons, <br><br> Plaintiff, <br> v. <br><br> ELANCO ANIMAL HEALTH INCORPORATED and ELI LILLY AND COMPANY, <br><br> Defendants. | No. 20-CV-2886 <br><br> Honorable Mary M. Rowland <br> Magistrate Jeffrey Cummings |

**DEFENDANTS' JOINT MOTION TO DISMISS AMENDED COMPLAINT**

Defendants, by and through their respective counsel, pursuant to Fed. R. Civ. P. 12(b)(6), hereby move to dismiss Plaintiff's Amended Complaint (Dkt. #48) for failure to state a claim upon which relief may be granted for the reasons set forth in Defendants' Memorandum of Law in support of this Motion which was contemporaneously filed with this Motion.

Dated: April 28, 2021

Respectfully submitted,

By: /s/ Lynn H. Murray (with permission)
Lynn H. Murray
Peter F. O'Neill
SHOOK, HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Email: lmurray@shb.com
      pfoneill@shb.com

Eric C. Bosset
Rafael Reyneri (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956

By: /s/ Bart T. Murphy
Bart T. Murphy
Isaac J. Colunga
Paul A. Brunkhorst
ICE MILLER LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
Telephone: (630) 955-6392
Email: bart.murphy@icemiller.com
      isaac.colunga@icemiller.com
      paul.brunkhorst@icemiller.com
*Attorneys for Defendant Elanco Animal Health Incorporated*

Telephone: (202) 662-6000
Email: ebosset@cov.com
rreyneri@cov.com
*Attorneys for Defendant Eli Lilly and Company*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on April 28, 2021, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, and thus a copy of this pleading will be served on all counsel of record by the Court's CM/ECF system.

   /s/ Bart T. Murphy
Bart T. Murphy
ICE MILLER LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
Telephone: (630) 955-6392
Email: bart.murphy@icemiller.com

4849-2046-1030v1