# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Ambassador Animal Hospital, Ltd., individually and as the representative of a class of similarly situated persons,

Plaintiff,

v.

Elanco Animal Health Incorporated and Eli Lilly and Company,

Defendants.

Case No. 20-cv-02886
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

  which ☐ includes       pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment of dismissal with prejudice on Count I and judgment of dismissal without prejudice on Count II.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.

Date: 2/22/2022                                       Thomas G. Bruton, Clerk of Court

                                                      Dawn A. Moreno, Deputy Clerk